# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

OCEAN CONSERVANCY and
ENVIRONMENTAL DEFENSE FUND,

Plaintiffs,

v.

WILBUR L. ROSS, in his official capacity
as Secretary of the United States
Department of Commerce; NATIONAL
OCEANIC AND ATMOSPHERIC
ADMINISTRATION; and NATIONAL
MARINE FISHERIES SERVICE,

Defendants.

No. 1:17-cv-001408-ABJ

**Joint Motion To Hold Case in Abeyance**

**Hon. Amy Berman Jackson**

Federal Defendants Wilbur L. Ross, in his official capacity as Secretary of the United States Department of Commerce, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service, by and through undersigned counsel (collectively "Federal Defendants"), Intervenor-Defendant State of Louisiana, and Plaintiffs Ocean Conservancy and Environmental Defense Fund hereby jointly move the Court to stay all proceedings pending publication of a Temporary Rule announcing the 2018 private angler fishing season or any other rule issued by Federal Defendants that affects the 2018 season for the private angler component of the red snapper fishery in the Gulf of Mexico.

In support of this motion, the parties hereby state as follows:

1. The Federal Defendants have acknowledged that:

    a. the re-opening of the private angler fishing season for Gulf of Mexico red snapper in 2017 was a one-time action; and

    b. The deadline for rebuilding the red snapper population in the Gulf of Mexico currently is 2032 as established under Amendments 22 and 27 to the Reef Fish Fishery Management Plan; and

1

c. Federal Defendants do not intend to re-open the private angler season in the same manner in 2018 as they did in 2017; rather, Federal Defendants intend to determine the 2018 private angler fishing season pursuant to 50 C.F.R. § 622.41(q)(2), as set forth in the Declaration of Chris Oliver (ECF No. 24-1) at ¶¶ 7-8.

2. The Federal Defendants anticipate that they will announce a preliminary season projection for the 2018 private angler fishing season by the January Council meeting (January 29-Feb. 1, 2018) and a final season projection by the April Council meeting (April 16-19, 2018).

3. The Federal Defendants anticipate that they will publish a Temporary Rule announcing the 2018 private angler fishing season on or around April 20, 2018.

4. In view of the anticipated schedule and process for issuance of the 2018 Temporary Rule, the Parties believe it is in the interest of judicial economy to hold the case in abeyance until issuance of that rule. The parties stipulate that Plaintiffs may file a supplemental complaint pursuant to Fed. R. Civ. P. 15(d) challenging the Temporary Rule referenced in paragraph 3, or any other rule issued by Federal Defendants that affects the 2018 season for the private angler component of the red snapper fishery in the Gulf of Mexico.

5. The parties further stipulate to entry of the proposed order filed herewith.

Respectfully submitted,

K&L GATES LLP

BY: /s  *J. Timothy Hobbs*
    J. Timothy Hobbs, Esq. (*pro hac vice*)
    Tim.Hobbs@klgates.com
    **K&L GATES LLP**
    925 Fourth Avenue, Suite 2900
    Seattle, WA  98104
    Telephone: (206) 623-7580
    Facsimile: (206) 623-7022

Michael F. Scanlon, Esq. (D.C. Bar # 479777)
Michael.Scanlon@klgates.com
**K&L GATES LLP**
1601 K Street, N.W.
Washington, DC   20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Attorneys for Plaintiff Environmental Defense Fund


EARTHJUSTICE

BY: /s  *Roger M. Fleming*
      Roger M. Fleming (DC Bar No. ME00001)
      rfleming@earthjustice.org
      **EARTHJUSTICE**
      1625 Massachusetts Ave. NW, Ste. 702
      Washington, DC 20036
      Telephone: (202) 667-4500
      Facsimile: (202) 667-2356

      Andrea Treece (*pro hac vice*)
      Brettny Hardy (*pro hac vice*)
      **EARTHJUSTICE**
      50 California St., Ste. 500
      San Francisco, CA  94111
      Telephone: (415) 217-2000
      Facsimile: (415) 217-2040
      atreece@earthjustice.org
      bhardy@earthjustice.org

      Christopher Eaton (*pro hac vice*)
      ceaton@earthjustice.org
      **EARTHJUSTICE**
      705 Second Ave., Ste 203
      Seattle, WA 98104
      Telephone: (206) 343-7340
      Facsimile: (206) 343-1526

Attorneys for Plaintiff Ocean Conservancy

By: */s/  Mark Arthur Brown*
      Mark Arthur Brown
      Florida Bar No. 0999504
      Senior Trial Attorney
      mark.brown@usdoj.gov
      Environment and Natural Resources Division
      Wildlife and Marine Resources Section
      P.O. Box 7611
      Washington, D.C. 20044-7611
      Telephone: (202) 305-0204
      Facsimile: (202) 305-0275

Attorneys for Federal Defendants

    JEFF LANDRY
    ATTORNEY GENERAL OF LOUISIANA

By: */s/ Elizabeth B. Murrill*
    ELIZABETH B. MURRILL (LA# 20685)
    Solicitor General
    HARRY J. VORHOFF (LA# 35365)
    Assistant Solicitor General
    MICHELLE M. WHITE (LA# 26988)
    LOUISIANA DEPARTMENT OF JUSTICE
    P. O. Box 94005
    Baton Rouge, LA 70804
    1885 N. Third Street
    Baton Rouge, Louisiana 70804
    Tel:  (225) 326-6766
    Fax:  (225) 326-6099
    Email: murrille@ag.louisiana.gov
    vorhoffh@ag.louisiana.gov
    whitemi@ag.louisiana.gov

    LAWRENCE E. MARINO (LA #23206)
    TODD M. SWARTZENDRUBER (LA #29003)
    Special Assistant Attorneys General
    Oats & Marino
    A Partnership of Professional Corporations
    Suite 400, Gordon Square
    100 East Vermilion Street
    Lafayette, LA 70501
    Tel: (337) 233-1100
    Fax: (337) 233-1178
    Email: lmarino@oatsmarino.com
    tswartzendruber@oatsmarino.com

Counsel for the State of Louisiana

## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2017, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *Mark Arthur Brown*
MARK ARTHUR BROWN
