UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEAN CONSERVANCY and ENVIRONMENTAL DEFENSE FUND,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, in his official capacity as Secretary of the United States Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　　　　　　　Defendants. | No. 1:17-cv-001408-ABJ<br><br>Hon. Amy Berman Jackson<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL** |

　　　　Federal Defendants Wilbur L. Ross, in his official capacity as Secretary of the United States Department of Commerce, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service (collectively, "Federal Defendants"), Intervenor-Defendant State of Louisiana ("Intervenor"), and Plaintiffs Ocean Conservancy and Environmental Defense Fund ("Plaintiffs"), hereby agree and jointly move the Court to dismiss the Plaintiffs' Complaint (ECF No. 1) pursuant to Fed. R. Civ. P. 41(a)(2).

　　　　Pursuant to the Court's Order of December 20, 2017 holding the case in abeyance (ECF No. 39), the Federal Defendants notified the Court when they issued the 2018 Temporary Rule setting the federal recreational red snapper fishing seasons for 2018. *See* ECF No. 41 (citing 83 Fed. Reg. 17,623 (Apr. 23, 2018)). Plaintiffs have not filed a supplemental complaint. The parties recognize that private recreational fishing in federal waters during 2018 has occurred under exempted fishing permits subsequently issued to the five Gulf states, and that such fishing remains subject to the terms and conditions of those exempted fishing permits, including annual catch limit allocations, and requirements of the

Magnuson-Stevens Fishery Conservation and Management Act.  Federal Defendants previously filed the Declaration of Chris Oliver stating that Federal Defendants did not intend to reopen the private angler season in 2018 in the same manner as occurred in 2017 (ECF No. 25-1).  Consistent with that prior declaration and with the issuance of the exempted fishing permits, Federal Defendants are filing herewith the Declaration of Chris Oliver, stating that Federal Defendants will not reopen the federal recreational red snapper private angler fishing season in 2018.  If any state's landings have not reached its annual catch limit allocation, the state could consider reopening its season provided that the overall annual catch limit for the recreational sector has not been met, as provided by the Magnuson-Stevens Fishery Conservation and Management Act Section 407(d) (16 U.S.C. § 1883).

The parties agree that there is no need to further litigate the claims at issue in Plaintiffs' Complaint (ECF No. 1).  Pursuant to Paragraph 5 of the Court's Order of December 20, 2017 (ECF No. 39 at ¶ 5), Plaintiffs, Intervenor, and Federal Defendants respectfully request that the Court grant the relief requested by this motion and enter the Stipulated Proposed Order dismissing the claims in Plaintiffs' Complaint with prejudice, submitted herewith.

Respectfully submitted,

K&L GATES LLP

BY: */s  J. Timothy Hobbs*

    J. Timothy Hobbs, Esq. (*pro hac vice*)
    Tim.Hobbs@klgates.com
    **K&L GATES LLP**
    925 Fourth Avenue, Suite 2900
    Seattle, WA  98104
    Telephone: (206) 623-7580
    Facsimile: (206) 623-7022

    Michael F. Scanlon, Esq. (D.C. Bar # 479777)
    Michael.Scanlon@klgates.com
    **K&L GATES LLP**

    1601 K Street, N.W.
    Washington, DC   20006
    Telephone: (202) 778-9000
    Facsimile: (202) 778-9100

Attorneys for Plaintiff Environmental Defense Fund


EARTHJUSTICE

BY: */s  Roger M. Fleming*
    Roger M. Fleming (DC Bar No. ME00001)
    rfleming@earthjustice.org
    **EARTHJUSTICE**
    1625 Massachusetts Ave. NW, Ste. 702
    Washington, DC 20036
    Telephone: (202) 667-4500
    Facsimile: (202) 667-2356

    Andrea Treece (*pro hac vice*)
    Brettny Hardy (*pro hac vice*)
    **EARTHJUSTICE**
    50 California St., Ste. 500
    San Francisco, CA  94111
    Telephone: (415) 217-2000
    Facsimile: (415) 217-2040
    atreece@earthjustice.org
    bhardy@earthjustice.org

    Christopher Eaton (*pro hac vice*)
    ceaton@earthjustice.org
    **EARTHJUSTICE**
    705 Second Ave., Ste 203
    Seattle, WA 98104
    Telephone: (206) 343-7340
    Facsimile: (206) 343-1526

Attorneys for Plaintiff Ocean Conservancy


BY: */s Mark Arthur Brown*
    Mark Arthur Brown
    Florida Bar No. 0999504
    Senior Trial Attorney
    mark.brown@usdoj.gov
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    P.O. Box 7611
    Washington, D.C. 20044-7611
    Telephone: (202) 305-0204
    Facsimile: (202) 305-0275

Attorneys for Federal Defendants

    JEFF LANDRY
    ATTORNEY GENERAL OF LOUISIANA

BY: */s Elizabeth B. Murrill*
    ELIZABETH B. MURRILL (LA# 20685)
    Solicitor General
    HARRY J. VORHOFF (LA# 35365)
    Assistant Solicitor General
    MICHELLE M. WHITE (LA# 26988)
    LOUISIANA DEPARTMENT OF JUSTICE
    P. O. Box 94005
    Baton Rouge, LA 70804
    1885 N. Third Street
    Baton Rouge, Louisiana 70804
    Tel:  (225) 326-6766
    Fax:  (225) 326-6099
    Email: murrille@ag.louisiana.gov
    vorhoffh@ag.louisiana.gov
    whitemi@ag.louisiana.gov

    LAWRENCE E. MARINO (LA #23206)
    TODD M. SWARTZENDRUBER (LA #29003)
    Special Assistant Attorneys General
    Oats & Marino
    A Partnership of Professional Corporations
    Suite 400, Gordon Square
    100 East Vermilion Street
    Lafayette, LA 70501
    Tel: (337) 233-1100
    Fax: (337) 233-1178
    Email: lmarino@oatsmarino.com
    tswartzendruber@oatsmarino.com

Counsel for the State of Louisiana

## CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2018, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                  */s/ Mark Arthur Brown*
                                MARK ARTHUR BROWN